IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:22-CR-00022 (WLS-TQL) |
| : | |
| MICHAEL RASHAD KNIGHT, : | |
| : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

Before the Court is an "Unopposed Motion to Continue in the Interests of Justice" submitted by the Defendant on August 15, 2022. (Doc. 23.) Therein, Counsel for the Defendant requests that this Court continue the case to the next available Valdosta trial term so that Defendant could have additional time to review discovery. (*Id.*) Previously, the Defendant was indicted on a three-count indictment on June 15, 2022. (Doc. 1.) On July 20, 2022, the Defendant was arraigned before United States Magistrate Judge Thomas Q. Langstaff, assigned counsel, and detained. (Doc. 10; 12; 23.) Counsel for the Defendant then entered the Notice of Appearance on July 21, 2022, and made a request for Discovery that same day. (Doc. 17; 18.) The Court set a pretrial conference on August 23, 2022, and a jury trial for September 19, 2022. (Doc. 19). Counsel also noted in the "Unopposed Motion to Continue in the Interests of Justice" that the Government does not object to his Motion. (Doc. 23).

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 23) is

1

**GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2022 trial term beginning on November 7, 2022, and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 18th day of August 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**