IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00022 (WLS-TQL) |
| | : |
| MICHAEL RASHAD KNIGHT, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is an "Unopposed Motion for Continuance in the Interest of Justice" filed by Defendant Knight on September 15, 2022. (Doc. 27). Therein, Defendant requests a continuance to the next trial term because Defendant needs more time to review additional discovery that was received. (*Id.* at 1).

Defendant was indicted on a three-count indictment on June 15, 2022. (Doc. 1). He was arraigned before United States Magistrate Judge Thomas Q. Langstaff on July 20, 2022. (Docs. 10; 12). That same day, Defendant entered a plea of not guilty. (Doc. 15). On August 18, 2022, the Court granted Defendant's first Unopposed Motion to Continue Trial in the Interest on Justice (Doc. 23), which continued the case from September to the November 2022 trial term in the Valdosta Division. (Doc. 24).

Based on Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion to Continue (Doc. 27) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division February 2023 trial term beginning on February 6, 2023, and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage

1

of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

    **SO ORDERED**, this <u>19th</u> day of September 2022.

                        <u>/s/ W. Louis Sands</u>
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATES DISTRICT COURT**