Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Georgia

United States of America
v.
Michael Rashad Knight

)
)
) Case No: 7:22-CR-00022-001
)
) USM No: 10702-510
)

Date of Original Judgment: June 12, 2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Michael N. Simpkins
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____94____ months **is reduced to** ____78____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Knight was originally sentenced on June 8, 2023, to a term of 94 months imprisonment. His imprisonment is to be followed by three years of supervised release. He is required to pay $100 for his mandatory assessment. The Court determined that his total offense level was 23 and his criminal history category was V, which yielded an advisory sentencing range of 84-105 months. His criminal history subtotal was eight (8). Two additional criminal history points were added for being under a criminal justice sentence when he committed the instant Federal offense. This resulted in 10 criminal history points which yielded a criminal history category V.

Based on retroactive Amendment 821, Part A to the *United States Sentencing Guidelines*, defendants with seven (7) or more criminal history points receive one point for being under a criminal justice sentence instead of two when he was originally sentenced. A total of nine (9) criminal history points yields a criminal history category IV. A total offense level 23 with a criminal history category IV, yields an advisory sentencing range of 70-87 months.

The Government opined that the defendant is eligible for a reduction and a sentence of 78 months is appropriate in this case. The Court concurs and imposes a custodial sentence of 78 months which is in the middle of the newly calculated advisory guideline range.

Except as otherwise provided, all provisions of the judgment dated ____June 12, 2023____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 04/4/2024

*Judge's signature*

Effective Date: February 1, 2024
*(if different from order date)*

W. Louis Sands, Senior U.S. District Judge
*Printed name and title*