**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,              :
                                       :
v.                                     :
                                       :       CASE NO.: 7:22-CR-00022 (WLS-ALS)
                                       :
MICHAEL RASHAD KNIGHT,                 :
                                       :
    Defendant.                     :
                                       :

## <u>ORDER</u>

     Previously, on December 15, 2025, the Court appointed the Federal Defenders of the Middle District of Georgia, Inc. to represent Defendant on his Motion to Reduce Sentence (Doc. 58). (*See* Doc. 59). In doing so, the Court ordered the Federal Defenders to submit a supplemental motion and brief in support of Defendant's Motion or file a notice to the Court if Defendant is not eligible for a reduction in sentence or a conflict exists within thirty days of the Court's Order, or by January 14, 2026. To date, the Federal Defenders have filed neither a brief in support nor a notice to the Court.

     As such, the Federal Defenders, as counsel for Defendant, are **ORDERED** to file a supplemental motion and brief in support of Defendant's Motion (Doc. 58) **within fourteen (14) days** of the entry of this Order, or **by no later than Monday, April 27, 2026.** If Counsel determines that Defendant is not eligible for a reduction or that a conflict exists regarding the Federal Defenders' representation, Counsel shall inform the Court of such by the same deadline. Counsel for the Government shall be permitted to file a response to Defendant's supplemental motion, if one is filed, within fourteen (14) days after Defendant's submission, if Counsel for the Government wishes to do so.

     **SO ORDERED**, this 13th day of April 2026.

                       **/s/ W. Louis Sands**
                       **W. LOUIS SANDS, SR. JUDGE**
                       **UNITED STATES DISTRICT COURT**

1